IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 05-11625 ESL

GLADELINE MARIE LERGIER PENA

Chapter 13

XXX-XX-2534

FILED & ENTERED ON 08/11/2009

Debtor(s)

## O R D E R

Debtor's objection to claim #11 filed by CITIBANK, N.A. (docket entry #78), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED, ADJUDGED and DECREED that said motion be and it is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 11th day of August, 2009.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
OTTO E LANDRON PEREZ
ALEJANDRO OLIVERAS RIVERA
CITIBANK, N.A.
CLAIMS REGISTER